JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
WILLIAM C. FRENTZEN (LABN 24421)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
   Email: william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0200 MMC |
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME FROM SPEEDY TRIAL ACT CALCULATION, AND [~~PROPOSED~~] ORDER |
| v. | |
| PARIS MOFFETT and DELICIA MITCHELL, | |
| Defendants. | |

The United States and defendants Paris Moffett and Delicia Mitchell hereby stipulate as follows:

1. This matter is currently scheduled for a status conference on June 4, 2008.

2. Counsel for defendants are currently reviewing discovery materials that have been provided to them by the government. They have requested additional material from the government, and the government is in the process of responding to these requests.

3. The parties request that the Court vacate the June 4 status conference and re-set it for July 16. In addition to allowing time for reviewing discovery, doing so would allow counsel

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC

1  for the defendants time to consult with their clients about potential dispositions of this case.

2      4.    The Court previously has ordered an exclusion of time under the Speedy Trial Act until June 4, 2008.  Should the Court grant the requested continuance of the status conference until July 16, the parties agree that the time between June 4 and July 16 is properly excluded from calculation under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  As described above, defendant's counsel are currently reviewing discovery and consulting with their clients about potential dispositions of this case.  Accordingly, the parties respectfully believe that the ends of justice served by excluding the period from June 4, 2008, to July 16, 2008, outweigh the best interest of the public and the defendants in a speedy trial.

    5.    For the reasons above, the parties respectfully request that Court continue the pending status conference to July 26 and order that the period from June 4, 2008, to July 16, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:   June 2, 2008

            /s/
RANDALL G. KNOX
Attorney for Defendant Paris Moffett

DATED:   June 2, 2008

            /s/
BRENDAN CONROY
Attorney for Defendant Delicia Mitchell

DATED:   June 2, 2008

            /s/
ANDREW P. CAPUTO
Attorney for the United States

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                2

**[PROPOSED] ORDER**

In accordance with the stipulation of the parties, the status conference scheduled for June 4, 2008, is continued to July 16, 2008, at 2:30 p.m. In accordance with paragraph 4 of the stipulation, the Courts finds that the period from June 4, 2008, through July 16, 2008, is properly excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

DATED:    June 3, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                                       3