1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   WILLIAM C. FRENTZEN (LABN 24421)
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7004
     Facsimile: (415) 436-7234
8    Email: andrew.caputo@usdoj.gov
     Email: william.frentzen@usdoj.gov
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )   No. CR 08-0200 MMC
15                                     )
        Plaintiff,                     )   STIPULATION REQUESTING
16                                     )   CONTINUANCE OF STATUS HEARING
        v.                             )   AND EXCLUSION OF TIME FROM
17                                     )   SPEEDY TRIAL ACT CALCULATION,
   PARIS MOFFETT and DELICIA           )   AND [PROPOSED] ORDER
18 MITCHELL,                           )
                                       )
19      Defendants.                    )
   _____)
20

21      The United States and defendants Paris Moffett and Delicia Mitchell hereby stipulate as

22 follows:

23      1.      This matter is currently scheduled for a status conference on August 20, 2008.

24      2.      Since the most recent status conference, the parties have reached verbal agreement

25 on a resolution of this case as to both defendants.  They are in the process of reducing that

26 agreement to writing for review and final approval by the parties.  Accordingly, the parties

27 respectfully request that the Court vacate the August 20 status conference and set the case for a

28 change-of-plea hearing on September 10, 2008.

   STIPULATION AND [PROPOSED] ORDER
   CR 08-0200 MMC

1      3.      Should the Court grant the continuance requested above, the parties agree that the
2 time between August 20 and September 10 is properly excluded from calculation under the
3 Speedy Trial Act.  In light of the need for defense counsel to consult with their clients about the
4 text of draft plea agreements that currently are in preparation, failure to grant the requested
5 continuance would unreasonably deny defense counsel reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence, in this case.  Accordingly, the
7 parties respectfully believe that the ends of justice served by excluding the period from August
8 20, 2008, to September 10, 2008, outweigh the best interest of the public and the defendants in a
9 speedy trial.
10     4.      For the reasons above, the parties respectfully request that Court vacate the
11 August 20 status conference, set the case for change of plea on September 10, and order that the
12 period from August 20, 2008, to September 10, 2008, be excluded from Speedy Trial Act
13 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
14     IT IS SO STIPULATED.

16 DATED:      August 18, 2008                                /s/
                                                RANDALL G. KNOX
17                                              Attorney for Defendant Paris Moffett

19 DATED:      August 18, 2008                                /s/
                                                BRENDAN CONROY
20                                              Attorney for Defendant Delicia Mitchell

22 DATED:      August 18, 2008                                /s/
                                                ANDREW P. CAPUTO
23                                              Attorney for the United States

**[PROPOSED] ORDER**

In accordance with the stipulation of the parties, the status conference scheduled for August 20, 2008, is hereby vacated. The Court will hold a change-of-plea hearing in this case on September 10, 2008, at 2:30 p.m. In accordance with paragraph 3 of the parties' stipulation, the Courts finds that the period from August 20, 2008, to September 10, 2008, is properly excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

DATED:    August 19, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-0200 MMC                                        3