1  Randall Knox, State Bar No. 113166
2  870 Market Street, Suite 415
   San Francisco, CA 94102
3  (415) 765-7500

4  Attorney for Paris Moffett

5              UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,     }  No. CR 08-0200 MMC
                                  }
9       Plaintiff,              }  **STIPULATION AND**
                                  }  ~~**[PROPOSED**~~**]ORDER**
10                                 }  **CONTINUING SENTENCING**
                                  }  **AND EXCLUDING TIME**
11      v.                         }
                                  }
12                                 }
                                  }
13 PARIS MOFFETT,                  }
                                  }
14      Defendant.                }
   _____ }
15

16      Counsel for the defendant, Randall Knox, and counsel for
17 the United States, AUSA Andrew Caputo, stipulate and agree that
18 the status conference now scheduled for December 10, 2008 at
19 2:30 p.m. shall be continued to January 23, 2009 at 10:00 a.m.
20      Defense counsel needs additional time in which to complete
21 his sentencing memorandum.  In accordance with the stipulation
22 of the parties, the Court finds that the ends of justice served
23 by granting a continuance outweigh the interests in a speedy
24 trial because additional time is reasonable and necessary for
25 effective preparation taking into account due diligence.  18
26 U.S.C. § 3161(h)(8)(A) and (B)(iv).
27 ///
28                                  - 1 -

Dated: December 8, 2008

_____/s/_____
Randall Knox
Attorney for Defendant

Dated: December 8, 2008

_____/s/_____
Andrew Caputo
Assistant U.S. Attorney

SO ORDERED, with the exception that the sentencing is continued to January 23, 2009 at 2:00 p.m., not 10:00 a.m.

Dated: December 9, 2008

_____
Maxine M. Chesney
U.S. District Judge

- 2 -