IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARIS MOFFETT,<br><br>　　　　Defendant.<br>_____ / | No. CR-08-0200 MMC<br>[Civil Case No. 10-5474 MMC]<br><br>**ORDER DENYING DEFENDANT'S<br>MOTION FOR RECONSIDERATION** |

　　　　Before the Court is defendant Paris Moffett's motion for reconsideration, filed January 13, 2011 pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, by which motion defendant seeks reconsideration of the Court's January 3, 2011 order denying his motion for relief under 28 U.S.C. § 2255.

　　　　The Court having read and considered the moving papers, the motion for reconsideration is hereby DENIED, for the reason that defendant has failed to show any cognizable basis for reconsideration exists.

　　　　Further, to the extent defendant may seek to appeal the instant order, a certificate of appealability is hereby DENIED, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

　　　　**IT IS SO ORDERED.**

Dated: January 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge