# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paris Moffett
    **Petitioner,**

V.

United States of America,
    **Respondent.**

Case No. 10-CV-5474  (CR 8-200)
[Leave blank for court to fill in ]

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMINTATION** ~~AND ORDER~~
AND ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

I, Paris Moffett, declare that I am the(**check appropriate box**)

☐ Petitioner/Plaintiff     ☐ Movant (filing 28 U.S.C.§ motion )
☐ Respondent/Defendant     **X 2255**

In the above-entitled proceeding: that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?     ☐Yes X No
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary).

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self employment?     ☐ Yes X No

   b. Rent payments, interest or dividends?     ☐ Yes X No

   c. Pensions, annuities or life insurance payments?     ☐ Yes X No

   d. Gifts or inheritances?     X Yes ☐ No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.  $2500.00

3. Do you own any cash, or do you have money in checking and savings accounts? (Include any funds in prison accounts). If the answer is "yes", state the total value of the items owned. ☐ Yes  X No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   ☐ Yes  X No

If the answer is "yes", describe the property and state approximate value.

5. List the persons who are dependent upon your support, state your relation ship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 25th, 2011
(Date)
_____
(Paris Moffett)

---

**CERTIFICATE**
**(Prisoner Accounts Only)**

I certify that the applicant named herein has the sum of $ 8044.38 on his account to his credit at the FCI Herlong Institution where he is currently confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: None

I further certify that during the last six months the applicant's balance was $ 8043.91 Average

Institution    1/26/11    Financial Specialist    Authorized Officer of

---

**ORDER OF COURT**

X    The application is hereby denied therefor.    ~~The application is hereby granted. Let the Applicant proceed without prepayment of cost Or fees or the necessity of giving security~~

~~March 10, 2011~~    Maxine M. Chesney    3-9-11
United States Judge or U.S. Magistrate Judge    Date    United States Judge or U.S. Magistrate Judge    Date