IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PARIS MOFFETT,<br><br>  Defendant. | No. CR-08-0200 MMC<br>[Civil Case No. 10-5474 MMC]<br><br>**ORDER RE: DEFENDANT'S MOTION FOR CLARIFICATION** |

The Court is in receipt of defendant Paris Moffett's "Motion for Clarification," dated March 10, 2011 and filed March 23, 2011, in which defendant requests the Court "clarify whether it intends to grant Forma Pauperis and forward the appropriate documents to the Ninth Circuit." Having read and considered the motion, the Court rules as follows.

To the extent said motion asserts that defendant's notice of appeal has not been forwarded to the Ninth Circuit, defendant is incorrect; defendant's notice of appeal is presently pending before the Ninth Circuit as Case No. 11-15291.

To the extent said motion seeks clarification as to the status of defendant's application to proceed in forma pauperis on appeal, the motion is hereby DENIED as moot in light of the Court's March 9, 2011 order denying defendant's application.[1]

**IT IS SO ORDERED.**

Dated: March 31, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] It appears defendant had not received the Court's March 9, 2011 order by the time he mailed the instant motion for clarification.