IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PARIS MOFFETT,<br><br>  Defendant. | No. CR-08-0200 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is defendant Paris Moffett's ("Moffett") motion titled "Action under Fed. R. Civ. Proc. 59(e)," filed September 26, 2011, by which filing Moffett seeks reconsideration of the Court's September 16, 2011 order denying his motion titled "Innocence Warrants Relief under 28 U.S.C. § 2241 and/or Fed. R. Civ. P. 60(b)(3)."

Having read and considered the instant motion, the Court hereby DENIES the motion for the reason that Moffett fails to identify any cognizable basis for reconsideration of the Court's September 16, 2011 order.

Lastly, to the extent Moffett may seek to appeal the instant order, a certificate of appealability is hereby DENIED, for the reason that Moffett has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: November 17, 2011

_____
MAXINE M. CHESNEY
United States District Judge